IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MEGAN GALVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-151 |
| | ) | |
| GOOD EARTH PRODUCE & GARDEN CENTER, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed this case on August 30, 2024, and Defendant was served on September 25, 2024. (Doc. nos. 1, 5.) Defendant has filed an answer. (Doc. no. 6.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within fourteen days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 10th day of December, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA